# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:05CR208

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| RAYMOND WATKINS. ) | |

**THIS MATTER** is before the Court on the Defendant's motion for permission to be detained within the general population during his pre-trial detention.

The Court will grant the motion on the condition that the Defendant shall be restricted from any telephone use during his pre-trial detention. In the event that the Defendant violates this condition, he will be removed from the general population.

**IT IS, THEREFORE, ORDERED** that the Defendant may be placed in the general population with such restoration of inmate privileges as in the discretion of the United States Marshal and Buncombe County Detention Center shall be granted with the exception that the Defendant is restricted

from any telephone use.  In the event that the Defendant violates this restriction, the appropriate authorities shall notify immediately either the undersigned or the United States Magistrate Judge.

Signed: October 11, 2005

Lacy H. Thornburg
United States District Judge